KM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rafeq Mohammed Hasan,<br><br>   Petitioner,<br><br>v.<br><br>Eric Rokowsky, et al.,<br><br>   Respondents. | No.   CV-26-01384-PHX-SMB (ASB)<br><br>**ORDER** |

      Petitioner Rafeq Mohammed Hasan, who is confined in the Eloy Detention Center and represented by counsel, filed a Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) and paid the filing fee. The Court will require an answer to the Petition.

      Petitioner is a native and citizen of Yemen who entered the United States on November 24, 2024, and applied for asylum. (Doc. 1 at 9.) The Immigration Court denied Petitioner's applications for asylum and withholding of removal. (*Id.* at 10.) However, on October 20, 2025, an Immigration Judge granted Petitioner deferral of removal under the Convention Against Torture (CAT). (*Id.*) Both parties waived appeal and the order became final on October 20, 2025. (*Id.*) Petitioner has been detained approximately 130 days since the CAT order became final. (*Id.*)

      Petitioner contends his continued detention is unlawful under *Zadvydas v. Davis*, 533 U.S. 678 (2001) because his removal is not reasonably foreseeable and ICE's continued detention of Petitioner is arbitrary and capricious action under the

TERMPSREF

Administrative Procedure Act, 5 U.S.C. § 706(2)(A).  The Court will require Respondents to answer the Petition.

**IT IS ORDERED:**

(1)   Counsel for Petitioner must immediately serve the Petition (Doc. 1) upon Respondents.

(2)   If not already issued, the Clerk's Office must issue any properly completed summonses.

(3)   Respondents must answer the Petition within **20 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(4)   Petitioner may file a reply within **10 days** from the date of service of the answer.

(5)   The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(6)   Regarding courtesy copies of documents for chambers, the parties are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added).  *See* http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf.

. . . .

. . . .

. . . .

. . . .

. . . .

**TERMPSREF**

| | |
|---|---|
| 1 | (7) This matter is referred to Magistrate Judge Alison S. Bachus pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation. |

(7)    This matter is referred to Magistrate Judge Alison S. Bachus pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 4th day of March, 2026.

Honorable Susan M. Brnovich
United States District Judge

**TERMPSREF**